IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL NO. H-09-096 |
| | § § | |
| MITCHELL VIATOR | § | |

**O R D E R**

The defendant filed an unopposed motion to modify release/travel conditions (Docket Entry No. 15). The motion is granted. The defendant's release/travel conditions are modified as follows:

1. The defendant may travel with his wife, Christi Viator, telephone number (713)412-3208, from March 13, 2009 to March 22, 2009, to the home of his wife's parents, Phil and Gloria Tucker, 109 Lakeside Drive, Malakoff, Texas 75148, telephone number (903) 489-2815.

2. The defendant may visit his sons from a previous marriage, Joshua Viator and Adam Viator, at 1403 Siousan, Lake Charles Louisiana 70611, and must stay with Linda Viator at her home in Lake Charles, Louisiana, telephone number (337)-855-9565, during his visit.

The defendant must consult the pretrial services office before any trip, providing the precise dates, and must report to the office as soon as he returns to Houston.

SIGNED on March 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge