IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-09-096 |
| | § § § | |
| MITCHELL VIATOR | § | |

**O R D E R**

The defendant filed an unopposed motion to modify release/travel conditions, (Docket Entry No. 26). The motion is GRANTED. The defendant may travel with his wife, Christi Viator, to the home of his wife's parents, Phil and Gloria Tucker, at their home at 109 Lakeside Drive, Malakoff, Texas 75148, telephone number (903)489-2815, leaving on December 24, 2009 and returning to their home on December 30, 2009.

SIGNED on December 23, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge